# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **HERSCHEL K. BAILEY, IV,** individually, and on behalf of all others similarly situated, | NO. 1:17-cv-03336-MHC-AJB |
| Plaintiff, | Hon. Mark H. Cohen |
| v. | **CLASS ACTION** |
| **SIX FLAGS ENTERTAINMENT CORP.,** a Delaware Corporation, | Complaint Filed: 09/01/17<br>Complaint Served: 09/29/17 |
| Defendant. | |

## DECLARATION OF JEFF HARRIS IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PERSONAL JURISDICTION

I, Jeff Harris, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the Director of Finance at Six Flags Over Georgia II, L.P. ("SFOG"). I make this Declaration in support of Six Flags Entertainment Corp.'s ("Six Flags") motion for partial summary judgment regarding personal jurisdiction. I have personal knowledge of the matters set forth herein and can and do competently testify thereto.

2.	On August 15, 2019, I provided deposition testimony as a Federal Rule of Civil Procedure 30(b)(6) witness for SFOG.  Plaintiff's counsel did not ask me about Six Flags Over Georgia and White Water Atlanta's general operations.

3.	During my deposition, I testified that I report to two individuals:  Dale Kaetzel, President of SFOG; and Lenny Russ, Senior Vice President of Finance at Six Flags.  While I provide Six Flags with a report on the general performance of Six Flags Over Georgia and White Water Atlanta, SFOG independently handles the day-to-day operations of Six Flags Over Georgia and White Water Atlanta without ongoing input or direction from Six Flags.  I explained that I was the only director at SFOG who has direct reporting obligations to Six Flags.

4.	SFOG has autonomy over day-to-day operations at Six Flags Over Georgia and White Water Atlanta, including, *inter alia*, hiring and firing of staff as deemed appropriate; contracting with utility providers for local services, such as fuel, trash, and water; entering into licensing agreements with third parties to use Six Flags Over Georgia or White Water Atlanta's names, such as agreements with hotels to market themselves as preferred lodging for Six Flags Over Georgia or White Water Atlanta; executing advertising and marketing initiatives; and purchasing equipment for park operations, including payment terminal devices to process credit and debit

card transactions. SFOG generally engages in all of this day-to-day decision-making without consultation with Six Flags.

5. SFOG manages its own treasury and line of credit.

6. SFOG develops its own long-range plans and makes its own strategic and tactical decisions for Six Flags Over Georgia and White Water Atlanta. At SFOG, we determine what we believe the parks need to increase attendance, including creating plans for new rides and attractions that would be successful at the SFOG parks. Part of this strategic planning is a back and forth with Six Flags based on its knowledge of what has been successful at other locations, but SFOG creates and executes the plan.

7. It is true that SFOG takes advantage of certain shared services provided by Six Flags, in addition to taking advantage of corporate knowledge relating to what has proved successful at other parks. For example, Six Flags provides the legal department to oversee legal issues arising at SFOG. Six Flags also procures insurance coverage for SFOG. Relevant to this case, Six Flags coordinated the transition of SFOG's point of sale systems to EMV technology, including choosing the hardware and software needed for the transition. SFOG could refuse these services or procure these services on its own, but there has not been a reason to opt out in this way. Ultimately, SFOG is still responsible for park specific charges in these areas,

including outside legal expenses that pertain exclusively to SFOG parks and the payment hardware that was installed to make the transition.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 26, 2019

By: _____
Jeff Harris