## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **HERSCHEL K. BAILEY, IV,** | ) | |
| **individually, and on behalf of all others** | ) | |
| **similarly situated,** | ) | **NO. 1:17-cv-03336-MHC-AJB** |
| | ) | |
| **Plaintiff,** | ) | Hon. Mark H. Cohen |
| | ) | |
| **v.** | ) | **CLASS ACTION** |
| | ) | |
| **SIX FLAGS ENTERTAINMENT CORP.,** | ) | Complaint Filed:     09/01/17 |
| **a Delaware Corporation,** | ) | Complaint Served:   09/29/17 |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### DEFENDANT SIX FLAGS ENTERTAINMENT CORP.'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING
### PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 56(a)

COMES NOW, Defendant Six Flags Entertainment Corp. ("Six Flags"), by and through counsel of record, and pursuant to Federal Rule of Civil Procedure 56(a), hereby moves for partial summary judgment of the Complaint filed by Plaintiff Herschel K. Bailey, IV ("Plaintiff"), individually and on behalf of a class of persons he claims are similarly situated, for lack of personal jurisdiction.  Six Flags' memorandum and citations of authority and other matters in support of this motion are being concurrently filed.

Dated: August 30, 2019

By: /s/ Spencer Persson
    SPENCER PERSSON

**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
spencer.persson@nortonrosefulbright.com

Gerald B. Kline
Georgia Bar No. 425175
**COHEN POLLOCK MERLIN TURNER, P.C.**
3350 Riverwood Parkway
Suite 1600
Atlanta, Georgia 30339
Telephone:  (770) 858-1288
Facsimile:   (770) 858-1277
gkline@cpmtlaw.com

*Attorneys for Defendant Six Flags Over Georgia, Inc., incorrectly served and sued as Six Flags Entertainment Corp., and Six Flags Entertainment Corp.*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that this pleading complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia.  Counsel hereby states that this pleading has been typed in Times New Roman 14 point.

This 30th day of August, 2019.

Dated: August 30, 2019

By: /s/ Spencer Persson
     SPENCER PERSSON

**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
spencer.persson@nortonrosefulbright.com

Gerald B. Kline
Georgia Bar No. 425175
**COHEN POLLOCK MERLIN TURNER, P.C.**
3350 Riverwood Parkway
Suite 1600
Atlanta, Georgia 30339
Telephone:   (770) 858-1288
Facsimile:    (770) 858-1277
gkline@cpmtlaw.com

*Attorneys for Defendant Six Flags Over Georgia, Inc., incorrectly served and sued as Six Flags Entertainment Corp., and Six Flags Entertainment Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 30, 2019, I served the foregoing

**DEFENDANT SIX FLAGS ENTERTAINMENT CORP.'S MOTION FOR**

**PARTIAL SUMMARY JUDGMENT REGARDING PERSONAL**

**JURISDICTION PURSUANT TO FED. R. CIV. P. 56(a)** with the Court using

the CM/ECF system which will send notification of such filing to the following:

Cindy Wagner
W. Allen McDonald (admitted Pro Hac Vice)
Michael R. Franz (admitted Pro Hac Vice)
LACY, PRICE & WAGNER, P.C.
249 North Peters Road, Suite 101
Knoxville, Tennessee 37923
Telephone: (865) 246-0800

Christopher T. Cain (admitted Pro Hac Vice)
SCOTT & CAIN
550 West Main Street, Suite 601
Knoxville, Tennessee 27902
Telephone: (865) 525-2150

*Attorneys for Plaintiff Herschel K. Bailey, IV*

This 30th day of August, 2019.

By:   /s/ Spencer Persson
                Spencer Persson
                Admitted Pro Hac Vice
                Counsel for Defendant