**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **HERSCHEL K. BAILEY, IV, individually, and on behalf of all others similarly situated,** | **NO. 1:17-cv-03336-MHC-AJB** |
| **Plaintiff,** | Hon. Mark H. Cohen |
| **v.** | **CLASS ACTION** |
| **SIX FLAGS ENTERTAINMENT CORP., a Delaware Corporation,** | Complaint Filed: 09/01/17<br>Complaint Served: 09/29/17 |
| **Defendant.** | |

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

a. For Plaintiff: Herschel K. Bailey, IV.

b. For Defendant: Six Flags Entertainment Corporation, a publicly traded corporation currently listed on the New York Stock Exchange, which has no parent company and for which no publicly-held corporation owns 10% or more of its stock; and Six

Flags Over Georgia II, L.P., a limited partnership, whose Managing General Partner is SFOG II, Inc.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

a. For Plaintiff: All named parties in this action.

b. For Defendant: All named parties in this action and Six Flags Over Georgia II, L.P.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a. For Plaintiff:

Cynthia L. Wagner
W. Allen McDonald
Michael R. Franz
LACY, PRICE & WAGNER, P.C.
249 North Peters Road, Suite 101
Knoxville, Tennessee 37923

Christopher T. Cain
SCOTT & CAIN
550 West Main Street, Suite 601
Knoxville, Tennessee 27902

Drago Cepar Jr.
1900 The Exchange
Suite 490
Atlanta, Georgia 30339

b. For Defendant:

Spencer Persson
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071

Gerald B. Kline
COHEN POLLOCK MERLIN TURNER, P.C.
3350 Riverwood Parkway
Suite 1600
Atlanta, Georgia 30339

Respectfully submitted this 1st day of October, 2019.

Dated: October 1, 2019

By: /s/ Spencer Persson
SPENCER PERSSON

**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
spencer.persson@nortonrosefulbright.com

Gerald B. Kline
Georgia Bar No. 425175
**COHEN POLLOCK MERLIN TURNER, P.C.**
3350 Riverwood Parkway
Suite 1600
Atlanta, Georgia 30339
Telephone: (770) 858-1288
Facsimile: (770) 858-1277
gkline@cpmtlaw.com

*Attorneys for Defendant Six Flags Over Georgia, Inc., incorrectly served and sued as Six Flags Entertainment Corp., and Six Flags Entertainment Corp.*

**CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that this pleading complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia. Counsel hereby states that this pleading has been typed in Times New Roman 14 point.

This 1st day of October, 2019.

Dated: October 1, 2019

By: /s/ Spencer Persson
SPENCER PERSSON

**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
spencer.persson@nortonrosefulbright.com

Gerald B. Kline
Georgia Bar No. 425175
**COHEN POLLOCK MERLIN TURNER, P.C.**
3350 Riverwood Parkway
Suite 1600
Atlanta, Georgia 30339
Telephone: (770) 858-1288
Facsimile: (770) 858-1277
gkline@cpmtlaw.com

*Attorneys for Defendant Six Flags Over Georgia, Inc., incorrectly served and sued as Six Flags Entertainment Corp., and Six Flags Entertainment Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2019, I served the foregoing **CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** with the Court using the CM/ECF system which will send notification of such filing to the following:

Cindy Wagner
W. Allen McDonald (admitted Pro Hac Vice)
Michael R. Franz (admitted Pro Hac Vice)
LACY, PRICE & WAGNER, P.C.
249 North Peters Road, Suite 101
Knoxville, Tennessee 37923
Telephone: (865) 246-0800

Christopher T. Cain (admitted Pro Hac Vice)
SCOTT & CAIN
550 West Main Street, Suite 601
Knoxville, Tennessee 27902
Telephone: (865) 525-2150

*Attorneys for Plaintiff Herschel K. Bailey, IV*

This 1st day of October, 2019.

By: /s/ Spencer Persson
Spencer Persson
Admitted Pro Hac Vice
Counsel for Defendant