IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HERSCHEL K. BAILEY, IV, individually, and on behalf of all others similarly situated, | ) ) ) ) | NO. 1:17-cv-03336-MHC-AJB |
| Plaintiff, | ) ) | Hon. Mark H. Cohen |
| v. | ) ) | CLASS ACTION |
| SIX FLAGS ENTERTAINMENT CORP., a Delaware Corporation, | ) ) ) | Complaint Filed: 09/01/17 Complaint Served: 09/29/17 |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's January 22, 2021, Order [Doc. 116], Herschel K. Bailey, IV ("Plaintiff"), individually, and on behalf of all persons similarly situated, and Six Flags Entertainment Corp. ("Defendant"), submit this joint status report in the above captioned matter.

On June 18, 2021, the Circuit Court for the Nineteenth Judicial Circuit of Lake County, Illinois granted final approval of the parties' settlement in this and three other matters. The three other lawsuits are:

- *Soto v. Great America LLC, et al.*, pending in the Circuit for Lake County, Illinois, Case No. 17-CH-1118 ("*Soto Case*");

- *Katz v. Six Flags Entertainment Corp.*, pending in New Jersey State Court, Appellate Docket No. A-002451-18T ("*Katz Case*"); and

- *Miranda, et al. v. Magic Mountain LLC*, Case No. BC675685, pending in California Superior Court ("*Miranda Case*").

Distribution of settlement claims and voucher, attorney fees and expenses, and awards to the class representatives are scheduled to occur within the month of July. As such, the parties advise the Court that they expect to file an order of dismissal in due course on or before July 30, 2021.

Respectfully submitted, this 29th day of June 2021.

**LACY, PRICE & WAGNER, P.C.**

*/s/ W. Allen McDonald*
Cindy L. Wagner (admitted Pro Hac Vice)
W. Allen McDonald (admitted Pro Hac Vice)
Christopher T. Cain (admitted Pro Hac Vice)
Michael R. Franz (admitted Pro Hac Vice)
249 North Peters Road, Suite 101
Knoxville, Tennessee 37923
Telephone: (865) 246-0800

Drago Cepar, Jr., GA Bar No. 142362
P.O. Box 725192
Suite 490
1900 The Exchange
Atlanta, GA 31139
Telephone: 770-940-3233
Fax: 770-874-2987
Email: dcepar@gmail.com

*Attorneys for Plaintiff*

*/s/ Gerald B. Kline*
Gerald B. Kline
Georgia Bar No. 425175
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
gkline@taylorenglish.com


*/s/ Spencer Persson*
Spencer Persson
California Bar No. 235054
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Main Tel: (213) 633-6800
Direct Tel: (213) 633-8634
Fax: (213) 633-6899
Email: spencerpersson@dwt.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, W. Allen McDonald, do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This 29th day of June, 2021.

<u>/s/ W. Allen McDonald</u>

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing document was prepared with one of the font and point selections (Century Schoolbook, 13 point) approved by the Court in Local Rule 5.1(c).

This 29th day of June, 2021.

<u>*/s/ W. Allen McDonald*</u>