IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HERSCHEL K. BAILEY, IV, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIX FLAGS ENTERTAINMENT CORP., a Delaware Corporation,<br><br>Defendant. | NO. 1:17-cv-03336-MHC-AJB<br><br>Hon. Mark H. Cohen<br><br>CLASS ACTION |

**FINAL ORDER OF DISMISSAL**

This matter came before the Court upon the parties' stipulation to dismissal of this action with prejudice pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure following the final approval of the settlement of this matter and three related cases by the Circuit Court for the Nineteenth Judicial Circuit of Lake County, Illinois[1] and distribution of settlement claims and vouchers, attorney fees and expenses, and awards to the class representatives as part of that settlement.

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice this 23rd day of July, 2021.

_Mark H. Cohen_
Judge Mark H. Cohen
United States District Court.

---

[1] As the parties reported in the Status Report filed on June 29, 2021, the other 3 cases are: *Soto v. Great America LLC, et al.*, pending in the Circuit for Lake County, Illinois, Case No. 17-CH-1118, *Katz v. Six Flags Entertainment Corp.*, pending in New Jersey State Court, Appellate Docket No. A-002451-18T. and *Miranda, et al. v. Magic Mountain LLC*, Case No. BC675685, pending in California Superior Court.

**Prepared and presented by:**

**LACY, PRICE & WAGNER, P.C.**

<u>/s/ W. Allen McDonald</u>
Cindy L. Wagner (admitted Pro Hac Vice)
W. Allen McDonald (admitted Pro Hac Vice)
Christopher T. Cain (admitted Pro Hac Vice)
Michael R. Franz (admitted Pro Hac Vice)
249 North Peters Road, Suite 101
Knoxville, Tennessee 37923
Telephone: (865) 246-0800

<u>/s/ Draco Cepar, Jr.</u>
Draco Cepar, Jr., GA Bar No. 142362
1900 The Exchange, Suite 490
Atlanta, GA 31139
Telephone: 770-940-3233
Fax: 770-874-2987
Email: dcepar@gmail.com

*Attorneys for Plaintiff*


<u>/s/ Gerald B. Kline</u>
Gerald B. Kline, GA Bar No. 425175
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
gkline@taylorenglish.com

<u>/s/ Spencer Persson</u>
Spencer Persson, California Bar No. 235054
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Main Tel: (213) 633-6800
Direct Tel: (213) 633-8634
Fax: (213) 633-6899
Email: spencerpersson@dwt.com

*Attorneys for Defendant*